# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

May 21, 2010

## Before

FRANK H. EASTERBROOK, *Chief Judge*

DAVID F. HAMILTON, *Circuit Judge*

THERESA L. SPRINGMANN, *District Judge*[*]

**No**. 09-2672

UNITED STATES OF AMERICA,
    *Plaintiff-Appellant*,

v.

JULIO LEIJA-SANCHEZ,
    *Defendant-Appellee*.

Appeal from the United States District Court for the Northern District of Illinois, Eastern Division.

No. 07 CR 224
Rebecca R. Pallmeyer, *Judge*.

## Order

The opinion of this court issued on April 8, 2010, is amended as follows:

Page 9, full paragraph, change the two sentences that start on line 5 and end on line 11 to read, "Three of Leija-Sanchez's co-defendants were apprehended in Mexico, which agreed to extradite them to the United States to face all of the indictment's substantive charges, including arranging for Montes's murder. The United States promised Mexico that it would not seek or impose the death penalty on any defendant in the case; Mexico was satisfied with that undertaking and saw no reason why the United States should not apply its substantive rules."

Defendant-appellee filed a petition for rehearing and rehearing en banc on April 22, 2010. No judge in regular active service has requested a vote on the petition for rehearing en banc, and all of the judges on the panel have voted to deny rehearing. The petition for rehearing is therefore DENIED.

---

[*] Of the Northern District of Indiana, sitting by designation.